IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
File No.: 5:10CR116-F-4

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| BRANDY ARRIETA<br>Defendant. | |

This matter is before the Court on Defendant's (1) motion for leave to file "SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD DEPARTURE" and four attached exhibits under seal. The Defendant has shown that the Sentencing Memorandum and exhibits contain confidential and private information. The motion to seal is therefore GRANTED.

So ordered, this 28th day of June 2011

_____
The Honorable James C. Fox
United States District Judge